

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00314-CV

IN THE INTEREST OF A.W., A CHILD     §    On Appeal from the 325th District Court

    §    of Tarrant County (325-679062-20)

    §    October 6, 2022

    §    Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
       Justice Dana Womack